UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAUL CABRERA,

                Plaintiff,                    19 **CIVIL** 2531 (KMK) (LMS)

-v-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 12, 2019, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is remanded to the Commissioner of Social Security pursuant, to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           November 13, 2019

                                                  RUBY J. KRAJICK
                                                      Clerk of Court
                                      BY:
                                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/13/2019